## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS, <br><br> Plaintiff, <br><br> v. <br><br> METRO EAST SANITARY DISTRICT, <br><br> and <br><br> SOUTHWESTERN ILLINOIS FLOOD PREVENTION DISTRICT COUNCIL, <br><br> Defendants. | Cause No.: 3:20-cv-1258 |

## **ENTRY OF APPEARANCE**

Seong J. Hong and the law firm of Spencer Fane LLP hereby enter their appearance as counsel for Plaintiff.

Respectfully submitted,

**SPENCER FANE, LLP**

By: /s/ Seong J. Hong
Thomas W. Hayde (ARDC No. 6288227) Lead Counsel
Gerald P. Greiman (26668MO)
Seong J. Hong (ARDC No. 6329829)
1 N. Brentwood Blvd., Suite 1000
St. Louis, MO 63105
Tel: (314) 863-7733
Fax: (314) 862-4656
thayde@spencerfane.com
ggreiman@spencerfane.com
shong@spencerfane.com

*Attorneys for Terminal Railroad Association of St. Louis*